ADAM GORDON
United States Attorney
MATTHEW J. SUTTON
Assistant U.S. Attorney
Illinois Bar No.: 6307129
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8941
Email: Matthew.Sutton@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-cr-01761-RBM |
|---|---|
| v. <br><br> PABLO EDWIN HUERTA NUNO, <br><br> Defendant. | **JOINT MOTION FOR ORDER AUTHORIZING DISCLOSURE AND PROTECTIVE ORDER REGARDING DISCOVERY** |

The parties, United States of America, by and through its counsel Adam Gordon, United States Attorney, and Matthew J. Sutton, Assistant United States Attorney, and the above-captioned defendant, through his attorneys, hereby jointly move pursuant to Federal Rules of Criminal Procedure 6(e) and 16(d) ("Rules") and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), that: (1) the Court authorizes the United States to disclose grand jury matter in connection with this judicial proceeding; and (2) for the Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations. The parties jointly agree to the following:

1.      All discovery produced by the United States in this case is for use by the defense team solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose. The defense team may not distribute, disseminate,

disclose, or exhibit discovery materials to any person who is not a part of the defense team except as further set forth herein. The phrase "defense team," as used in this order, includes the defendant, attorneys of record in the case, as well as attorneys, paralegals, investigators, experts, and secretaries employed by the attorneys of record and performing work on behalf of the defendant.

2.      Counsel of record shall sign a copy of this Protective Order, acknowledging its terms and agreeing to comply with them, and ensure that every member of his/her defense team is advised of the Order and agrees in writing to be bound by its terms.

3.      The defense team shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

4.      The defense team may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense team informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

5.      The defense team may show witnesses discovery materials as necessary for the preparation of the defense, but may not provide copies of the materials to witnesses absent further order of the Court.

6.      To the extent that the discovery materials contain any individual's personal information within the meaning of General Order 514, the defense team shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

7.      The defense team shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

8.      If defense counsel withdraws or is disqualified from participation in this case, the defense team shall provide to new counsel or return to the United States any and all copies of the discovery within 10 days.

*25-cr-01761-RBM*

9.     Nothing in this motion precludes any party from using discovery materials in a filing that complies with General Order No. 514-C or during a hearing or trial.

DATED: October 30, 2025                    Respectfully submitted,


ADAM GORDON

United States Attorney

/s/Matthew J. Sutton
Assistant United States Attorney

/s/ Marcel Stewart
Counsel for Defendant

/s/ Jose G. Badillo
Counsel for Defendant

3

*25-cr-01761-RBM*

## ACKNOWLEDGMENT

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATE:  October 30, 2025.          S/ Marcel Stewart

                                                Marcel Stewart
                                                Attorney for Defendant

## <u>ACKNOWLEDGMENT</u>

I have reviewed the foregoing protective order and I agree to be bound by its terms.

DATE:  October 30, 2025.                    S/ Jose G. Badillo

                                            Jose G. Badillo
                                            Attorney for Defendant

*25-cr-01761-RBM*